BOYD *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 24, September Term, 1958.]

650

*Decided November 13, 1958.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

The application for leave to appeal from a denial of the writ of *habeas corpus* is denied, with costs.

Judge McLaughlin, of the Circuit Court for Washington County, properly ruled that the sufficiency of the evidence may be considered on appeal but not on a petition for a writ of *habeas corpus*. *Gardner v. Warden,* 217 Md. 653, 141 A. 2d 684 (1958).